AUG 8 2023
RECEIVED FOR MAILING

2023 AUG 11 AM 11:13
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

# United States District Court
## Middle ~~Southern~~ District of Florida
### Jacksonville Division

Isaiah Daniels #P55266         Case No.
                               3:23cv 949-MMH-JBT

V.

Florida Dept. Of Corr.

## Motion To SEEK Help

Petitioner is askin Court to issue an order to FL. Dept. of Corrections, Hamilton C.I. to admit Petitioner to a Mental Health Observation Room, For Treatment. Petitioner has declared Physcological Emergency - Declaring Self Harm Due to issues of hearing Voices, Deep Depression, Court's Financial Issues, an Rights Being Deprived By State officials. Petitioner would like To Use The (PAMII Act) or issue a Claim on Medical Negligance For Failure to Protect inmate From Self or Others. I petitioner am Recieving no help an is seeking admin. Remedies, however. I plan to Kill myself By starveation an dehydration. I ask Court to send petitioners Family my GoodByes an ask the Court to Bury Petitioner not on FL Dept. OF Corrections Grounds.

Isaiah Daniels,
Isaiah Daniels P55266
Hamilton C.I.
10650 S.W. 46th Street
Jasper, FL 32052