UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ISAIAH DANIELS,

    Plaintiff,

v.                                Case No. 3:23-cv-949-MMH-JBT

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Isaiah Daniels, an inmate of the Florida penal system, filed a pro se document titled "Motion to Seek Help" (Doc. 1) dated August 8, 2023. In the Motion, Daniels asserts he has declared a psychological emergency but is receiving no help and intends to "kill [him]self by starv[]ation or dehydration."[1]

To the extent Daniels is attempting to open a civil rights case, he has not properly initiated a civil rights case under 42 U.S.C. § 1983. See Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). Daniels is advised that the Court has approved the use of a civil rights

---

[1] In light of his assertions, the Clerk of Court sent a copy of Daniels's Motion and the Amended Standing Order (Doc. 2) that is entered when an inmate makes a claim of suicidal intent or other imminent physical harm to the Inspector General and to the Warden of Hamilton Correctional Institution.

complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information regarding the defendants a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests. Here, Daniels has not filed a complaint, nor has he provided the Court with all of the information required by the civil rights complaint form.

The Court further advises Plaintiff that courts generally will not interfere with matters of prison administration, including an inmate's custody status or his place of incarceration. See Bell v. Wolfish, 441 U.S. 520, 547-48 (1979) ("[T]he operation of our correctional facilities is peculiarly the province of the Legislative and Executive Branches . . . not the Judicial.").

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Daniels a civil rights complaint form. If Daniels chooses to refile his claims, he may do so on the enclosed form. He

should not put this case number on the form because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** in Jacksonville, Florida, this 14th day of August, 2023.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

caw 8/14
c:
Isaiah Daniels, #P55266